AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| MOTHER'S NUTRITIONAL CENTER, INC, a California corporation, <br><br>*Plaintiff(s)* <br><br> v. <br><br> HEALTHY MOTHERS NUTRITION 12 LLC (f/k/a MOTHERS NUTRITION LLC), a California limited liability company; (see attachment #1) <br><br> *Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Civil Action No. **2:26-cv-3085** |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  HEALTHY MOTHERS NUTRITION 12 LLC (f/k/a MOTHERS NUTRITION LLC), a California limited liability company, 2823 East Lincoln Avenue Anaheim, CA 92806

(See attachment #2 for additional defendants to be served)


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lawrence Segal
Andrew D. Shupe
SEGAL LAW GROUP
9100 Wilshire Blvd., Suite 616E
Beverly Hills, CA 90212


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  2:26-cv-3085

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                              *Server's signature*

                                       _____
                                              *Printed name and title*


                                       _____
                                              *Server's address*

Additional information regarding attempted service, etc:

SEGAL LAW GROUP
LAWRENCE SEGAL [BAR NO. 101339]
< lawrence@legalsegal.com>
ANDREW D. SHUPE [BAR NO. 240635]
< andrew@legalsegal.com>
9100 Wilshire Boulevard, Suite 616E
Beverly Hills, California 90212-3557
Telephone: (310) 550-4840
Facsimile: (310) 550-4848

Attorneys for Plaintiff Mother's
Nutritional Center, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOTHER'S NUTRITIONAL CENTER, INC, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>HEALTHY MOTHERS NUTRITION 12 LLC (f/k/a MOTHERS NUTRITION LLC), a California limited liability company; HEALTHY MOTHER'S NUTRITION, LLC, a California limited liability company; OMER M. LABIB, an individual; and DOES 1 through 10,<br><br>Defendants. | Case No.:  2:26-cv-3085<br><br>**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF FOR:**<br>**(1) TRADEMARK INFRINGEMENT (LANHAM ACT, 15 U.S.C. § 1114(1));**<br>**(2) UNFAIR COMPETITION (LANHAM ACT, 15 U.S.C. § 1125(a));**<br>**(3) FALSE ADVERTISING (LANHAM ACT, 15 U.S.C. § 1125(a));**<br>**(4) COMMON LAW TRADEMARK INFRINGEMENT;**<br>**(5) COMMON LAW TRADE DRESS INFRINGEMENT; AND**<br>**(6) UNFAIR COMPETITION (CALIFORNIA BUS. & PROF. CODE § 17200)**<br><br>**DEMAND FOR JURY TRIAL** |

1

**COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF**
*ATTACHMENT #1 TO SUMMONS*

UNITED STATES DISCTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Mother's Nutritional Center, Inc. v. Healthy Mothers Nutrition 12 LLC (f/k/a
Mothers Nutrition LLC), et al.

Case No. 2:26-cv-3085

## ATTACHMENT #2 TO SUMMONS

**ADDITIONAL DEFENDANTS TO BE SERVED:**

HEALTHY MOTHER'S NUTRITION, LLC, a California limited liability company,
2823 East Lincoln Avenue
Anaheim, CA 92806

OMER M. LABIB, an individual
1221 N. State College Blvd., Apt. 44,
Anaheim, CA 92806

DOES 1 through 10, address unknown.

ATTACHMENT #2 TO SUMMONS